**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| PEKIN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:17-CV-141-TLS |
| | ) | |
| LIGHTHOUSE DELIVERANCE, | ) | |
| CATHEDRAL, INC. and KAREN | ) | |
| DEAVER, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

This matter is before the Court on a Motion for Default Judgment Against pro se Defendant Karen Deaver [ECF No. 19], filed by Plaintiff Pekin Insurance Company on August 12, 2017. The Motion was filed in response to the Clerk's Entry of Default [ECF No. 17] against the Defendant, in accordance with Federal Rule of Civil Procedure 55(a).

Since that time, the Plaintiff filed a Motion to Strike [ECF No. 27] Defendant Deaver's Answer to the Complaint. Accordingly, at this time, the Court DENIES AS MOOT the Plaintiff's Motion [ECF No. 19], with leave for the Plaintiff to refile after a ruling on its pending Motion to Strike.

SO ORDERED on September 26, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT